# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RANDALL V. GOODWIN,**

    **Plaintiff,**

  v.                                                                 Case No. 19-CV-1793

**ANDREW SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

## DECISION AND ORDER

Randall V. Goodwin, proceeding without counsel, seeks judicial review of the final decision of the Commissioner of the Social Security Administration ("SSA") denying his claim for supplemental security income under the Social Security Act, 42 U.S.C. § 405(g). The Commissioner asserts that after conducting an independent review of the administrative record, he agrees Goodwin's case should be remanded for further consideration of the medical opinion evidence from state agency psychologists Drs. Donahoo and Hamersma. (Docket # 24 at 1.) The Commissioner suggests that on remand, the ALJ should reassess the medical opinions from Drs. Donahoo and Hamersma, explain why those opinions were accepted or rejected, and assess the effect of any appropriate limitations on the occupational base. (*Id.* at 2.) Goodwin has not responded to the Commissioner's argument. Thus, I will grant the Commissioner's request that the Court enter judgment reversing the agency's decision and remand Goodwin's claim pursuant to sentence four of 42 U.S.C. § 405(g).

It is hereby **ORDERED** that the Commissioner's decision is reversed and this case is remanded to the agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further

proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) to offer Goodwin the opportunity for a new hearing; re-evaluate the opinions from Drs. Donahoo and Hamersma; if warranted, obtain additional vocational expert testimony; and take further action to complete the administrative record resolving the above issues, and issue a new decision.

The Clerk of Court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 23rd day of September, 2020.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge